```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 37228
   RICHARD E DAHLMAN
   TINA M DAHLMAN                               CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
           Debtor
   SSN XXX-XX-2027      SSN XXX-XX-9912

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/07/04 and confirmed on 01/21/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  26400.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIZENS BANK | SECURED | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | SECURED | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL RE | SECURED | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | CURRENT MORTG | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 17241.02 | .00 | 9797.12 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 699.70 | .00 | 397.60 |
| ECAST SETTLEMENT CORPORA | FILED LATE | .00 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 10745.85 | .00 | 6106.28 |
| HUGHES NETWORK SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14467.42 | .00 | 8221.04 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 550.00 | .00 | 312.53 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 43703.99 | .00 | 43703.99 |
| PRINCIPAL PAID | .00 | .00 | 24834.57 | .00 | 24834.57 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 24834.57 | .00 | 24834.57 |

```
The Debtor's attorney, DAVID L DEPEW II               , was allowed $   1906.00
and was paid $   1406.00  direct and $    500.00  through the plan.

The Trustee received $   1065.43 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 01/10/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 04 B 37228 RICHARD E DAHLMAN & TINA M DAHLMAN
```